852

No. 83–183.  LTV FEDERAL CREDIT UNION v. UMIC GOVERNMENT SECURITIES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–187.  TSANOS ET AL. v. DIVISION OF ADMINISTRATION, FLORIDA DEPARTMENT OF TRANSPORTATION.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 83–191.  KUBIAK v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–192.  BOUCLIN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–194.  BURTON v. PACIFIC FAR EAST LINES, INC. C. A. 9th Cir.  Certiorari denied.

No. 83–197.  KOCIAN v. GETTY REFINING & MARKETING CO. C. A. 3d Cir.  Certiorari denied.

No. 83–199.  KAPPAS, ADMINISTRATRIX OF THE ESTATE OF KAPPAS v. CHESTNUT LODGE, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–235.  DMR CORP. ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 83–238.  LOPERA-OCHOA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–242.  PADUA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–266.  FITTERER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 83–275.  ISAACS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–287.  FERNANDEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–298.  FIGUEROA v. UNITED STATES; and
No. 83–5298.  CANEL v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 708 F. 2d 894.